**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-11S** **DATE: June 16, 2005**

**TITLE: USA v. Anthony Lipscomb**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
Ed Roy, Esq.

**PROCEEDINGS:**

Motion for Disclosure of informant's Identity or, Alternatively, for in Camera Disclosure of information

Attorneys argue.

**RULING:** Court takes under advisement.
Order to follow.