**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-011S** |
| | ) | |
| **ANTHONY LIPSCOMB** | ) | |

---

## MOTION TO CONTINUE EMPANELMENT

Now comes the accused, Anthony Lipscomb, by and through his counsel, and moves this Honorable Court to continue this matter to the Court's jury empanelment for August of 2005. The grounds for this request by the defendant are that the defendant seeks additional time to investigate issues that were brought out in the suppression hearing held in this matter before the Honorable William E. Smith, United States District Judge. Pursuant to the provisions of 18 USC § 3161(h)(1)(D), the interest of justice outweigh the interest of the defendant and the government in a speedy trial in this matter such that this request should be granted.

Respectfully submitted
Anthony Lipscomb
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Stephen G. Dambruch, Assistant United States Attorney, on June 17, 2005.