UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 05-11S

ANTHONY LIPSCOMB

**ORDER**

Defendant, Anthony Lipscomb's Motion to Continue Empanelment is GRANTED. This matter is continued until the August 2, 2005 empanelment. Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance, constitutes excludable time as defined by 18 U.S.C. §3161(F). Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendants to fully understand their constitutional rights regarding the criminal charges pending against them outweighs the interest of the public and the defendants in a speedy trial.

ORDER:

By: ____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 6/22/05