United States
V.
Anthony Lipscomb

Notice of
Continuance

7/25/05

Case #
CR No: 05-11S

Mr. Smith,

Im writing due to the lack of resources and library time to correctly put together a motion. Im respectfully requesting a new trial date due to a lack of communication with the public defender Edward C. Roy and I.

It seems he's on vacation and we haven't discussed the trial and his plans in it's entirety. We need more investigation it seems from what was discussed in our last meeting which was only (20) twenty minutes long.

I have numerous unanswered questions and concerns. Im requesting another two weeks to prepare if possible.

Respectfully,
Anthony Lipscomb
Anthony Lipscomb

A copy has been sent to the assistant District attorney Steven Dambruch

My Commission expires on April 6, 2006
June Maria Carlton
Notary Public

Pro Se

RECEIVED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND