U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR 05-01S |
| DEFENDANT: Anthony Lipscomb | TYPE OF PROCESS: Subpoena |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Detective James Hasset

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): Providence Police Department

RECEIVED
U.S. MARSHALS SERVICE
JUL 27 2005
DISTRICT OF R.I.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Edward C. Roy, Ass't Fed. Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 401-528-4281 | 7-27-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | / | No. | No. | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 7/28/05 — Time: 10:15 am / pm |
| | Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Total: 1 End / 1 Deputy / 20 minutes / 1 mile.

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

DISTRICT OF

**Rhode Island**

United States of America

V.

Anthony Lipscomb

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: CR No. 05-011S

TO: Detective James Hasset
Providence Police Department
Providence, RI

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Clerk's Office<br>United States District Court<br>One Exchange Terrace, Providence, RI 02903 | Honorable William E. Smith<br>Courtroom 4 - 3rd Floor |
| | DATE AND TIME<br>August 2, 2005<br>11:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All records pertaining to the seizure and forfeiture of Rhode Island registration XM-82, seized from Anthony Lipscomb on or about December 30, 2004.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK [signature] | 7/25/05 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Public Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903
(401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

FILED

2005 AUG -1 P 4:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 7/27/05 | U.S. Marshals Ofc. Prov, RI |
| SERVED | 7/28/05 | Providence Police Dept Service Road Prov. RI |

| | |
|---|---|
| SERVED ON (PRINT NAME) James Hassett | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ ________ |
| SERVED BY (PRINT NAME) Robert D. Young | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7/28/05
Date

[signature]
Signature of Server

P.O. Box 1024 Prov. RI 02901
Address of Server

ADDITIONAL INFORMATION