UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-11S** **August 2, 2005**

**TITLE: USA V. ANTHONY LIPSCOMB**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:42 a.m. - 1:30 p.m.**

---

**COUNSEL PRESENT: Government - Stephen Dambruch, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: JURY EMPANELMENT**

**Proceedings: All counsel of record present; Defendant present; Jurors present; 28 Jurors called; Court voir dires the jurors; 14 jurors selected; 12 jurors, 2 alternates; Attorneys satisfied with jury; Jurors excused.**