UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-11-01S** **August 3, 2005**

**TITLE: USA V. ANTHONY LIPSCOMB**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

---

**COUNSEL PRESENT: Government - Stephen Dambruch, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: Jury Trial Day 1 - 9:34 a.m - 11:02 a.m.**

**Proceedings: All counsel of record present; Defendant present; Jurors not present; Attorney Roy moves for a Motion to Continue the matter until the September 2005 or October 2005 trial calendar; Government has no objections to Attorney Roy's request; Court grants the Deft's Motion to Continue the matter until September or October 2005 trial calendar; Jurors brought into courtroom; Court dismisses the jurors; Defendant remanded into custody.**