**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-011S** |
| | ) | |
| **ANTHONY LIPSCOMB** | ) | |

**MOTION FOR DISCLOSURE**

Now comes the accused, Anthony Lipscomb, by and through his counsel, and moves for disclosure of the following information in advance of his trial in this case.

1. The name, address, phone number and any other written information pertaining to the person or company that towed the defendant's Jaguar motor vehicle from the area where he was arrested on December 30, 2004.

2. Copies of any and all surveillance logs or notes relating to any surveillance of the defendant by members of the Providence Police Department from July, 2004 through December, 2004.

3. Any allegations of racial bias or complaints or racially-based complaints against Providence Police Detectives Scott Partridge or Joseph Colanduono.

Respectfully submitted
Anthony Lipscomb
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Stephen G. Dambruch, Assistant United States Attorney, on September 12, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-011S** |
| | ) | |
| **ANTHONY LIPSCOMB** | ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DISCLOSURE**

The defendant has made requests for Providence Police to disclose certain information relating to the case. This information is calculated to benefit the defendant in his producible under Brady v. Maryland, 373 U.S. 83(1963). In addition, the requested information would be impeachment information regarding the surveillance of the defendant and motor vehicle license plate, where there exists a discrepancy.

Respectfully submitted
Anthony Lipscomb
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this memorandum to Stephen G. Dambruch, Assistant United States Attorney, on September 12, 2005.