# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*UNITED STATES OF AMERICA*

*v.* *CR05-11S*

*ANTHONY LIPSCOMB*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendant's Motion for Disclosure
Defendant's Motion to Allow Jury Questionaire on Issue of Racial Bias

***PLACE:*** *U.S. District Court*
*Courtroom A - Room 224*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

***DATE:*** ***SEPTEMBER 22, 2005***

***TIME:*** ***2:00 P.M.***

***David A. DiMarzio, Clerk of Court***

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: September 21, 2005

**NOTICE SENT TO:** **DAMBRUCH, ROY**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.