**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-11S** **DATE: September 22, 2005**

**TITLE: USA v. ANTHONY LIPSCOMB**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
Ed Roy, Esq.

**PROCEEDINGS:**

Defendant's Motion for Disclosure
Defendant's Motion to Allow Jury Questionaire on Issue of Racial Bias

Attorneys argue.

**RULING:**

Court takes under advisement.
M&O to follow.