UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR. No. 05-011 S

ANTHONY LIPSCOMB :

**MOTION TO SEVER COUNTS**

NOW comes the defendant, Anthony Lipscomb, and moves pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure to sever Count 3, charging the defendant with being a felon in possession of a firearm from Counts 1 and 2, which charge the defendant with possession of cocaine base with intent to distribute and possession of a firearm in furtherance of a drug trafficking crime, respectively. Defendant hereby incorporates by reference the attached Memorandum of Law in Support of Motion to Sever.

ANTHONY LIPSCOMB,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Stephen Dambruch, AUSA on the 27th day of September, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR. No. 05-011 S |
| ANTHONY LIPSCOMB | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SEVER COUNTS**

The defendant, Anthony Lipscomb, has moved pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure to sever Count 3, charging the defendant with being a felon in possession of a firearm from Counts 1 and 2, which charge the defendant with possession of cocaine base with intent to distribute and possession of a firearm in furtherance of a drug trafficking crime, respectively.

Rule 14 of the Federal Rules of Criminal Procedure allows for severance of counts where there is a potential for prejudice. In this case, the count sought to be severed, felon in possession, will necessarily involve the jury learning that the defendant has some sort of felony conviction. Neither of the other two counts contains such an element. There exists some potential prejudice in that a jury might think a person with a felony conviction might be more likely to possess a controlled substance or a firearm.

For the reasons set forth herein, the defendant therefore moves to sever Count 3 from Counts 1 and 2.

ANTHONY LIPSCOMB,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Stephen Dambruch, AUSA on the 27th day of September, 2005.

______________________________