UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-11S** **October 3, 2005**

**TITLE: USA V. ANTHONY LIPSCOMB**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: KAREN ZINNI**

**IN COURT: 9:28 a.m. - 11:21 a.m.**

---

**COUNSEL PRESENT:** **Government - Mary Rogers, Stephen Dambruch, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: Jury Empanelment**

**Proceedings: All counsel of record present; Defendant present; Jurors present; Court addresses the jurors; 28 jurors called; 14 jurors selected; 12 jurors; 2 alternates; Attorneys satisfied with jury. Trial to resume at 1:30 p.m.**