AO 187 (Rev. 7/87) Exhibit and Witness List ~~Jury trial~~ Day 1 ~~10/3/05~~

# United States District Court

## *District of Rhode Island*

United States of America v. Anthony Lipscomb

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-11S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Stephen Dambruch, AUSA | Edward C. Roy, Esquire |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-3-05- 10-7-05 | Anne Clayton | Doreen L. Baldinelli |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/3/05 | | | W-1 Det. Scott Partridge |
| 1 | | " " | ✓ | Full | Photo of Parking lot. |
| 2 | | " " | ✓ | Full | Photo of Auto Parts Business. |
| 3 | | | ✓ | Full | Photo of entrance to business |
| 4 | | | ✓ | Full | Photo close up of business |
| ~~[illegible]~~ | | | ✓ | | Entrance |
| 5 | " | " | ✓ | Full | Photo of inside of lot of Business |
| 6 | | | ✓ | Full | Photo of right side of business |
| 7 | | | ✓ | Full | Photo of entrance to business |
| 12 | | | ✓ | Full | Cellular Telephone |
| | | | | | |
| 8A | | 10/4/05 | ~~ID~~ | Full ~~[illegible]~~ | Handwritten Tag. |
| 8B | | 10/4/05 | ~~[illegible]~~ | Full ~~[illegible]~~ | 2 Bags of Suspected Magazine |
| ** 16 | | | ID | only | Toxicology transmittal Slip. |
| 8 | | | ID | only | Bag |
| | | | | | ~~Jury trial Day 2 10/4/05~~ |
| | | | | | |
| | | | | Full | W-2 Joseph Colandicono. |
| 9 | | 10/4/05 | ~~ID~~ | ~~[illegible]~~ | Keltec Firearm. |
| 10 | | | ID | Full | Magazine for Keltec Firearm. |
| 11 | | | | Full | Ammunition for Keltec Magazine |
| | | | | | W-3 Sarkis Zeitounyan |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America v. Anthony Lipscomb

CASE NUMBER: CR05-11S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Day 2 Jury trial Cont'D |
| | | | | | W-4 James Hassett |
| | | | | | W-5 Kevin McNamara |
| | | | | | W-6 Paul Breault |
| | | | | | W-7 Robert Yekelchik |
| 18 | | 10/4/05 | | [illegible] | Stipulation |
| F | | 10/4/05 | ID | | Division of Motor Vehicles |
| H / A | | " " | ID | | Division of Motor Vehicles |
| G | | " " | ID | | State of RI TR-1 |
| A | | " " | ID | | Photo of Front of Car |
| B | | " " | ID | | Photo of Car |
| C | | " " | ID | | Photo. Soven |
| D | | " " | ID | | Photo Soven |
| E | | " " | ID | | photo Soven |
| | | | | | Day 3 Jury trial |