UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY LIPSCOMB, Defendant. | CR No. 05-011S |

JURY VERDICT FORM

1. As to Count I of the Indictment (possessing, with intent to distribute, more than five grams of a substance containing cocaine base), we the jury find the Defendant, Anthony Lipscomb:

✓ GUILTY ______ NOT GUILTY

If the verdict on question 1 is not guilty, then proceed to question 2 and then to question 4; if the verdict is guilty on question 1 skip question 2, then proceed to questions 3 and 4.

2. As to the lesser included offense of Count I (possessing more than five grams of a substance containing cocaine base), we the jury find the Defendant, Anthony Lipscomb:

______ GUILTY ______ NOT GUILTY

3. As to Count II of the Indictment (possessing a firearm in furtherance of a drug trafficking offense), we the jury find the Defendant, Anthony Lipscomb:

✓ GUILTY

________ NOT GUILTY

4. As to Count III of the Indictment (possessing a firearm after having previously been convicted of a crime punishable by a term exceeding one year), we the jury find the Defendant, Anthony Lipscomb:

✓ GUILTY

________ NOT GUILTY

Date: 10\5\05

Signature of Foreperson: [redacted]