UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR. No. 05-011 S

ANTHONY LIPSCOMB :

**MOTION TO SEVER COUNTS**

NOW comes the defendant, Anthony Lipscomb, and moves pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure to sever Count 3, charging the defendant with being a felon in possession of a firearm from Counts 1 and 2, which charge the defendant with possession of cocaine base with intent to distribute and possession of a firearm in furtherance of a drug trafficking crime, respectively. Defendant hereby incorporates by reference the attached Memorandum of Law in Support of Motion to Sever.

DENIED FOR THE REASONS
STATED IN ~~OPEN COURT~~ Conference
ON 10-3-05

DATE: 10/4/05

WEsmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

ANTHONY LIPSCOMB,
BY HIS ATTORNEY,

EdR

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to Stephen Dambruch, AUSA on the 27th day of September, 2005.

EdR

______________________________