**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-011S** |
| | ) | |
| **ANTHONY LIPSCOMB** | ) | |

---

**MOTION TO WITHDRAW**

Now comes the undersigned, Edward C. Roy, Jr., Assistant Federal Public Defender, and hereby moves to withdraw his appearance on behalf of the defendant, Anthony Lipscomb on the grounds that the defendant has filed a claim of ineffective assistance of counsel and therefore that creates a conflict of interest between the defendant and defense counsel.

Respectfully submitted,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that on October 20, 2005 I hand-delivered a copy of this motion to Stephen G. Dambruch, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; and mailed by first-class mail to Anthony Lipscomb, c/o Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.