UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| USA | ) | |
| v. | ) | C.R. No. 05-11S |
| Anthony Lipscomb | ) | |

O R D E R

This matter hereby is referred to Magistrate Judge Lincoln D. Almond for determination of attorney representation.

ENTER:

William E. Smith
United States District Judge

Dated: 10/28/05

BY ORDER:

Deputy Clerk