UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

United States of America )
)
v. ) CR. No. 05-011S
)
Anthony Lipscomb )

**ORDER**

Before the Court is Defendant's Motion for New Trial and the Government's Objection. After careful consideration Defendant's motion is DENIED.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 11/4/05