UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

ENTRY OF APPEARANCE

I, George J. West, Esq., hereby enter my appearance for the defendant, ANTHONY LIPSCOMB, in the above matter.

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
Telephone: 401-861-9042
Facsimile: 401-861-0330

DATE: 11/15/05