Stet

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR. No.05 115

v. :

ANTHONY LIPSCOMB : March 3,2005

Motion to withdraw pursuant to Local Rule 7(e), Edward C. Roy, counsel for defendant,Anthony Lipscomb, moves the Court for an order permitting him to withdraw as counsel for the defendant Lipscomb.

In support of this motion, the movant ask the court for an effective appointed attorney due to conflict of interest and ineffective counsel.

Respectfully submitted,
Anthony Lipscomb
Edward C. Roy
Assistant Federal Defende
10 Weybosset St.,Third Floor
Providence, R.I. 02903