UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

MOTION TO ENLARGE TIME
FOR FILING OBJECTIONS TO PRESENTENCE REPORT
AND/OR SENTENCING MEMORANDUM
AND TO REASSIGN SENTENCING

Now comes Anthony Lipscomb, by and through his newly appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advising guidelines and any departures therefrom, in this matter. Counsel requires additional time to familiarize himself with the case through and including January 20, 2006. Counsel similarly seeks that the sentencing hearing previously set for January 20, 2006 be vacated and reassigned thereafter.

Anthony Lipscomb
By his attorney,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 15th day of December 2005, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A., U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.