IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-011S |
| vs. | ) | |
| | ) | |
| ANTHONY LIPSCOMB | ) | |

**ORDER**

Upon reconsideration by this Court, the warrant issued for Chanel Isom on October 4, 2005, is hereby withdrawn and cancelled.

BY ORDER: ____________________

Deputy Clerk: [signature]

ENTER: ____________________

[signature]
WILLIAM E. SMITH
United States District Court Judge
United States District Court

DATE: 1/12/06

SCANNED

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island