**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-011S** |
| **VS.** | ) | |
| | ) | |
| **ANTHONY LIPSCOMB** | ) | |

**UNITED STATES' MOTION TO CONTINUE**
**DEFENDANT'S MOTION FOR RECONSIDERATION OF NEW TRIAL**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby moves for a continuance of the Defendant's Motion to Reconsider Motion for New Trial, currently scheduled before this Court on January 7, 2006. The government seeks a continuance of two weeks to February 10, 2006.

The Defendant, through his attorney, has advised the government that he does not object to this continuance. The Defendant was convicted after jury trial on October 5, 2005, and therefore, the Speedy Trial Act is not implicated in this request for a continuance.

RESPECTFULLY SUBMITTED,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY ROGERS
Assistant U. S. Attorney

Certificate of Service

I hereby certify that on the 20th day of January, 2006, a copy of the within was mailed, postage prepaid to George J. West, Esquire, 1500 BankBoston Plaza, Providence, RI 02903.