# EXHIBIT LIST

USA v. Anthony Lipscomb
CR 05-11S

| Plaintiff | Defense | Date | Exhibit | Objection | Admitted - Full or ID |
|---|---|---|---|---|---|
| | A | 2-27-06 | Mot to w/d w/ envelope dated 3-7-05 from FPD ofc | | Full |
| | B | | Mot to w/d w/ envelope dated 3-7-05 from US ofc | | Full |
| | C | | Letter dated 12-5-05 | | Full |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |