UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

MOTION TO ENLARGE TIME
FOR FILING OBJECTIONS TO PRESENTENCE REPORT
AND/OR SENTENCING MEMORANDUM
AND TO REASSIGN SENTENCING

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. The defendant's motion for reconsideration of the matter for new trial was heard by the court February 27, 2006 and has until now required counsel's and defendant's attention. Necessarily, defendant is desirous of awaiting the outcome of the said motion. In the interim the United States Court of Appeals for the First Circuit issued its decision in U.S. v. Pho No. 05-2455, (Jan 5, 2006). The decision bears directly on the sentencing issues in the defendant's case. Other circuits have decided this matter differently and defendant seeks additional time to evaluate this important emerging sentencing issue as it may apply to his case. Counsel requires additional time through and including March 30,

2006. Counsel similarly seeks that the sentencing hearing previously set for March 21, 2006 be vacated and reassigned thereafter.

Anthony Lipscomb
By his attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 6th day of March 2006, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A., U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.