**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**
**AND RECONSIDERATION OF**
**MOTION FOR NEW TRIAL**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. The defendant's motion for reconsideration of the matter for new trial was heard by the court February 27, 2006 and now is before the U.S. District Judge Smith on objection from the U.S. Magistrate Judge's Report and Recommendation. The defendant has ordered the transcripts from the proceeding, but the same are not yet available. Defendant respectfully requests time to receive and review the same and prepare for the hearing on the objection to the Report and Recommendation. Further, defendant is desirous of awaiting the outcome of the said objection. Counsel requires additional time through and including May 19, 2006. Counsel similarly seeks

that the sentencing hearing previously set be vacated and reassigned thereafter to May 26, 2006. Defendant respectfully requests that any sentencing in this matter be scheduled at a time after proceedings on his objection are duly considered by this court and acted upon.

Anthony Lipscomb
By his attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 18th day of April 2006, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A., U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.