UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA
      Plaintiff

V.                                  CR05-11-01S

ANTHONY LIPSCOMB
      Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 10, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Defendant's Objection to the Report and Recommendation is DENIED and Defendant's Motion for a New Trial is DENIED.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/26/05