UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA
Plaintiff

v. CR05-11-01S

ANTHONY LIPSCOMB
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 10, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Defendant's Objection to the Report and Recommendation is DENIED and Defendant's Motion for a New Trial is DENIED.

BY ORDER:

[signature]
DEPUTY CLERK

ENTER:

[signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/26/05