**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. The defendant's motion for reconsideration of the matter for new trial was heard recently by U.S. District Judge Smith on objection from the U.S. Magistrate Judge's Report and Recommendation. That objection was overruled, and the Magistrate Judge's Report and Recommendation was adopted.

The defendant has been advised that a post conviction relief action he has pending in the R.I. Superior Court has been recently called for status conference. He is not represented by counsel in that matter and seek additional time to determine the likelihood of whether the action may be resolved in the near term. The action is in connection with his prior felony conviction which if overturned would

effect sentencing on the gun charge in the instant matter. Counsel seeks additional time for the sentencing hearing for on or after August 15, 2006. Counsel similarly seeks that the sentencing hearing previously set be vacated.

Anthony Lipscomb
By his attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 2 day of June 2006, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A., U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.