**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. Counsel has completed review of a post conviction relief action pending in the Rhode Island Superior Court. Counsel now seeks to obtain records in support of a sentencing issue raised in the pre-sentence report. Defendant seeks additional time to supply counsel with health care records which may be important to the Court regarding guidline calculation and §3553 considerations. Counsel requires additional time on or after September 30, 2006 for sentencing. Counsel similarly seeks that the sentencing hearing previously set be vacated.

GRANTED
W Smith
William E. Smith
U.S. District Judge
8/15/06