UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ANTHONY LIPSCOMB

CR No.05-11S

## REQUEST FOR RETURN OF PROPERTY

Pursuant to rule 41(e) the defendant is entitled for return of personal property that was seized by agents.

On December 31,2004 the petitioner was arrested by the Providence police and subsequently charged with numerous offenses. During the unwarranted arrest the petitioners vehicle and U.S. currency was seized amongst other items such as an i730 Motorola cell phone. These items were never forfeited by the government under the 90 day filing requirement indicated in 18 USC § 983(a)(3)(A)

The vehicle owned by the defendant is a 2000 green S-Type Jaguar and the currency amount is $1,471.76.The petitioner would like the judge to order the officials to return the property.

A copy has been sent to the district attorney and clerk on October 26,2006

By Defendant
Anthony Lipscomb