S... of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

# DECLARATION OF FORFEITURE

## SEIZURE # F-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

On December 30, 2004 the property described below was seized from Anthony Lipscomb by the Providence Police Department for administrative forfeiture at 334 Carpenter Street, Providence, RI, pursuant to R.I.G.L. §21-28-4.01(A), the CONTROLLED SUBSTANCE ACT. Notice of the Seizure was sent to all known parties who may have a legal or possessory interest in the property. On March 4, 2005, March 11, 2005, & March 18, 2005 notices of the seizure were published in the Providence Journal in accordance with R.I.G.L. §21-28-5.04 and R.I.G.L. §21-28-5.04.2.

The property is described as follows:

One Thousand Four Hundred Seventy One Dollars in U.S. Currency and one 2000 Jaguar VIN: SAJDA01D5YGL37896

As of the date of execution of this Form, a petition for remission or mitigation of the forfeiture for this property has not been received.

NO CLAIM was filed for the property within 30 days from the date of last publication of the advertisement as required. It is hereby declared that the property has been forfeited to the State of Rhode Island under R.I.G.L. §21-28-5.04 and R.I.G.L. §21-28-5.04.2.

Patrick C Lynch

PATRICK C. LYNCH
ATTORNEY GENERAL
STATE OF RHODE ISLAND

Date: 4/18/05