**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

V. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. Counsel continues to seeks medical records in support of a sentencing issue raised in the pre-sentence report. Defendant seeks additional time to supply counsel with health care records which may be important to the Court regarding guideline calculation and §3553 considerations. Requests for responses will be delayed by the holiday period; therefore, Counsel requires additional time on or after January 16, 2007 for sentencing. Counsel similarly seeks that the sentencing hearing previously set for November 30, 2006 be vacated.

Counsel also respectfully requests additional time due to the press of pending cases including:

United States Court of Appeals for the First District:

1. United States of America v. Juan Carlos Franco Guerrero, alias Angel Huertas, alias, No. 16-1899.

United States District Court for the District of Rhode Island:

2. Chantha Leuthavone v. State of Rhode Island, No. 97-0556S
3. United States of America v. Richard Paiva, Jr., No. 06-15S
4. Unites States of America v. Manuel Alberto Nogueira-Recio No. 06-71-02T.
5. United States of America v. Vilma Morales No. 06-M-124-A.

State of Rhode Island Supreme Court:

1. State of Rhode Island, Appellee v. Fode Sidibe, 04-338-C.A.
2. State of Rhode Island, Appellee v. Charles Pona, 05-95 C.A.
3. State of Rhode Island, Appellee v. Oliver S. Lyons, 05-203-C.A.
4. State of Rhode Island, Appellee v. Kyle R. Campbell, 06-98-A.
5. David L. Roberts v. A.T. Wall, No. 06-233-A.

State of Rhode Island Superior Court

1. Randy Anderson v. State of Rhode Island, WM 2005-0504

Anthony Lipscomb
By his attorney,
/S/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

CERTIFICATION

I hereby certify that on this 20th day of November 2006, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/S/George J. West