**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

V. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO ENLARGE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**
**AND/OR SENTENCING MEMORANDUM**
**AND TO REASSIGN SENTENCING**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum with regard to the advisory guidelines and any departures therefrom, in this matter. The reason for this request is that defendant has not received the requested information from the Social Security Department which information is believed necessary to raising sentencing issue. Defendant seeks additional medical information from other providers which similarly has not been received. Defendant requests a continuance to request an opportunity at this point to conduct a deposition and subpoena all necessary records to his counsel's office. Counsel requires additional time on or after February 28, 2007 for

sentencing. Counsel similarly seeks that the sentencing hearing previously set be vacated.

Counsel also respectfully requests additional time due to the press of pending cases including:

United States Court of Appeals for the First District:

1. United States of America v. Juan Carlos Franco Guerrero, alias Angel Huertas, alias, No. 16-1899.
2. United States of America v. Pedro Hernandez, No. 06-2039.

United States District Court for the District of Rhode Island:

3. Chantha Leuthavone v. State of Rhode Island, No. 97-0556S
4. Unites States of America v. Manuel Alberto Nogueira-Recio No. 06-71-02T.
5. United States of America v. Vilma Morales, No. 06-M-124-A.
6. United States of America v. Eric Grundy, No. 06-132-01ML.
7. Counsel on Friday, January 8, 2007 just completed sentencing in United States of America v. Richard Paiva, Jr., No. 06-15S.

State of Rhode Island Supreme Court:

1. State of Rhode Island, Appellee v. Fode Sidibe, 04-338-C.A.
2. State of Rhode Island, Appellee v. Charles Pona, 05-95 C.A.
3. State of Rhode Island, Appellee v. Oliver S. Lyons, 05-203-C.A.
4. State of Rhode Island, Appellee v. Kyle R. Campbell, 06-98-A.
5. David L. Roberts v. A.T. Wall, No. 06-233-A.

State of Rhode Island Superior Court

1. Randy Anderson v. State of Rhode Island, WM 2005-0504

Anthony Lipscomb
By his attorney,
/S/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312

Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that on this 9th day of January 2007, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, Stephen G. Dambruch, Esq., stephen.dambruch@usdoj.gov paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov;kellyann.anderson@usdoj.gov U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/S/George J. West