**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-011S** |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO ENLARGE TIME AND REASSIGN SENTENCING**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby objects to defendant's Motion to Enlarge Time for Filing Objections to Presentence Report and/or Sentencing Memorandum and to Reassign Sentencing. The grounds for the government's objection are set forth in the accompanying memorandum of law.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**Certificate of Service**

I hereby certify that on the 12th day of January, 2007, a copy of the within Government's Objection was served by way of the Electronic Case Filing System upon George J. West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 (georgew180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-011S** |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION TO ENLARGE TIME AND REASSIGN SENTENCING**

**INTRODUCTION**

The defendant seeks to extend the period of time within which to file objections to the presentence report and/or a sentencing memorandum, as well as a continuance of his sentencing hearing. This request is premised upon the defendant's desire to obtain certain records and/or information from the Social Security Administration and unidentified medical service providers, which the defendant claims are relevant to unspecified sentencing issues. The government objects to the defendant's motion.

**FACTS AND TRAVEL**

On October 5, 2005, a jury convicted the defendant of one count of possessing with intent to distribute more than five grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); one count of possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A); and, one count of possession of a firearm after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1). The Court then ordered that the Probation Department prepare a presentence report and scheduled the defendant's sentencing hearing for January 20, 2006.

United States Probation Officer Kristin Mattias issued a Presentence Investigation Report for the Defendant on December 9, 2005 and requested that both the defendant and the government submit any objections in writing to her on or before December 23, 2005. On December 15, 2005, the defendant, referencing the fact that new counsel had just entered on his behalf, filed his first motion to enlarge time (until January 20, 2006) and reassign the sentencing. The Court granted that motion and continued the sentencing hearing date until March 21, 2006.

Since that time, the defendant filed six more motions to extend the filing period and continue his sentencing. The defendant justified those requests on various grounds, including the need to focus on the litigation of a motion for new trial, a

desire to analyze recent First Circuit case law, the fact that defense counsel has been pressed by the demands of a large pending case load, and the inability of the defendant and/or defense counsel to obtain copies of the defendant's medical records.[1] With the filing of each of those motions, the defense committed to being ready to proceed with the sentencing at anytime after January 20, 2006, March 30, 2006, May 19, 2006, August 15, 2006, September 30, 2006, and November 27, 2006. However, prior to the arrival of any of those dates, the defendant filed yet another continuance request, a pattern that has now repeated itself with the filing of an eighth motion for an extension of time and reassignment of the sentencing hearing date.

On January 9, 2007, the defendant filed his most recent motion for an extension and a continuance. This time, the defendant claims that his continuing efforts to obtain medical records remain unsuccessful. He further states that he also has been unable to gain access to records possessed by the Social Security Administration and again references the press of other cases being handled by defense counsel. The defendant now proposes that he be allowed additional time (on or after February 28, 2007) to issue subpoenas and/or depose individuals at defense

[1] It should be noted that the government did not object to defendant's first seven continuance requests.

counsel's law office in furtherance of his quest for these unspecified records.[2]

**ARGUMENT**

Rule 32(b)(1) of the Federal Rules of Criminal Procedure requires the Court to impose sentence upon a defendant without unnecessary delay. The sentencing should occur with reasonable dispatch in order to, among other things, satisfy the heightened public interest in the prompt dispensation of punishment. United States v. Ottens, 74 F.3d 357, 360 (1st Cir. 1996).

When considering a defendant's request to continue a sentencing hearing and thereby delaying the imposition of sentence, the Court's focus must be on what constitutes a reasonable period of time for defense preparation. United States v. Marrero-Ortiz, 160 F.3d 768, 777 (1st Cir. 1998). Factors that the Court should consider as part of that analysis are prior continuances, the time previously made available to the defense for preparation, and how efficiently defense counsel used that available time. Id.

Here, the Court has granted the defendant seven prior continuances, thereby providing the defense with more than

---

[2] It should be noted that the defendant has not yet filed any motions pursuant to Federal Rules of Criminal Procedure 15 and/or 17(c) to either depose or issue a records subpoena to any records keeper or other witness.

fifteen months from the date of defendant's conviction and thirteen months from the receipt of the presentence report to draft and file any objections to the report and/or prepare for the sentencing hearing. Even if the Court were to focus just on the defendant's attempt to justify an eighth continuance, i.e., the need to obtain unspecified medical records, the defendant has used that same justification in support of three prior requests for continuances, the first of which dates back to August 2006. He, therefore, has had more than six months to obtain and or review these records, the relevance of which are still unknown.

The government acknowledges its decision not to object to the first seven continuance requests, but now feels that the interest of justice compel both an objection to and the denial of any further continuances. The defendant has certainly had more than a reasonable period of time to both respond to the presentence report and otherwise prepare for his sentencing hearing. Therefore, the dispensation of an appropriate sentence should occur as scheduled on January 19, 2007.

**CONCLUSION**

For the reasons set forth above, the United States respectfully requests that this Honorable Court deny the defendant’s Motion for to Enlarge Time for Filing Objections to Presentence Report and/or Sentencing Memorandum and to Reassign Sentencing.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2007, a copy of the within Government's Memorandum was served by way of the Electronic Case Filing system upon George West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 (Georgew180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov