**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR 05-11S

ANTHONY LIPSCOMB

**MOTION TO ISSUE SUBPOENAS**

**NOW** comes the Defendant, ANTHONY LIPSCOMB, by and through his attorney appointed by the court pursuant to criminal justice Act 18 U.S.C. § 3006(a) and moves pursuant to the requirements of Federal Rule Criminal Procedure Rule 17 and 28 U.S. § 1825 that the Court enter an Order that the clerk in the District of Rhode Island issue subpoenas to:

1. Keeper of the Records, Rhode Island Hospital, 593 Eddy Street, Providence, Rhode Island 02903, requiring that said Keeper deliver:

   The Intake Summary and Discharge Summary with respect to the emergency room and general hospitalization records in 1997 or 1998 in connection with treatment for multiple gunshot wounds.

2. Keeper of the Records, Administration Social Security, 380 Westminster Street, Providence, RI 02903, requiring that said Keeper deliver:

   Any and all medical and or mental health and or psychological and or psychiatric records from any doctors who examined Mr. Lipscomb on behalf of Social Security in connection with his claim for disability from 8/8/2003 to 12/2/2003.

Defendant seeks expedited consideration of this motion as his motion to enlarge time to conduct a deposition to obtain these records has been denied and he therefore seeks the opportunity to use the records at sentencing should the same prove relevant and of assistance in sentencing matters.

Counsel seeks said subpoenas be returnable January 19, 2007 at 11:00 a.m.

Respectfully submitted,

Anthony Lipscomb
by his attorney,

/s/ George J. West, Esq.
#3052
One Turks Head Place
Suite 312
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this __17____ day of January 2007, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A., mary.rogers@usdoj.gov, U. S. Department of Justice, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC’s ECF system..

/S/George J. West