UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 05-11S

ANTHONY LIPSCOMB

OBJECTION TO THE PRESENTENCE REPORT

Defendant objects to the government vesion of events. The defendant pleaded not guilty in this matter. A jury trial was conducted. Defendant maintains his posture and intends an appeal of the verdict and judgment in this matter.

Defendant objects to the criminal history calculation at paragraph 42. He completed his term of probation on the P2/01-1539A. The calculation raises his criminal history points to 8 and boosts him into category IV. The same represents an overstatement of his criminal history.

Defendant objects to the calculation of his offense level §2D1.1 based solely on the crack cocaine guideline for the reasons stated in his sentencing memorandum.

Defendant intends to support these objections in his §3553 sentencing memorandum.

Anthony Lipscomb
By his attorney,

__/s/George J. West_____
George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330

Date: _1/18/07___________

CERTIFICATION

I hereby certify that on this __18____ day of January 2007, I forwarded a copy of the within Objection to Mary Rogers, Esq., A.U.S.A., U. S. Department of Justice, U.S.

Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

__/s/George J. West_____