**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 05-011S** |
| | : | |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ISSUE SUBPOENAS**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby responds to defendant's Motion to Issue Subpoenas as follows:

1. The government does not object to the issuance of a subpoena to Rhode Island Hospital for the defendant's own medical records as described in the defendant's motion; and,

2. Although the government does not object to the Court's granting of the defendant's request to issue the subpoena to the Social Security Administration, the government hereby notifies the Court and defense counsel that it is not waiving any potential arguments that the Social Security Administration may make in support of a motion to quash that subpoena, including a claim that the defendant has failed to satisfy the applicable

procedural requirements for the issuance of a subpoena to a federal agency.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**Certificate of Service**

I hereby certify that on the 18th day of January, 2007, a copy of the within Government's Response was served by way of the Electronic Case Filing System upon George J. West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 (georgew180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov