**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-011S** |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S OBJECTION TO THE DEFENDANT'S OBJECTION TO THE PRESENTENCE REPORT AND SENTENCING MEMORANDUM**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and, hereby objects to the defendant's Objection to Presentence Report and Sentencing Memorandum due to the impermissibly late filing of both documents with the Court. The grounds for the government's request are set forth in the accompanying memorandum of law.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**Certificate of Service**

I hereby certify that on the 19th day of January, 2007, a copy of the within Government's Objection was served by way of the Electronic Case Filing System upon George J. West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 (georgew180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-011S** |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S OBJECTION TO THE PRESENTENCE REPORT AND DEFENDANT'S SENTENCING MEMORANDUM**

**Facts and Travel**

On November 22, 2006, the Court granted the defendant's motion to reassign sentencing and continued the defendant's sentencing hearing until January 19, 2006. The Court, that same day, advised all parties about its ruling and provided them with notice of the new sentencing date. On January 18, 2007, one day before the new date for the defendant's sentencing hearing, the defendant filed both an Objection to the Presentence Report, the original version of which had been made available to him on December 9, 2005,[1] and a Sentencing Memorandum, both of which advocated for the imposition of a sentence outside of the applicable guideline range.

---

[1] The probation officer did send a revised Presentence Report to defense counsel on January 18, 2007. That revised version simply corrected the fact that the original report failed to reference the government's filing of an enhancement notice pursuant to 21 U.S.C. § 851 and the impact of that filing on the sentencing calculations. It should be noted, however, that the defendant was aware of the existence and impact of the § 851 notice from the time that notice had been served upon him in February 2005.

**Argument**

Local Rule Cr32 mandates that any request for a sentence outside of the applicable guideline range, which in this case is 135 to 168 months for the combination of Counts I and III and a consecutive 60 months for Count II, be filed in writing at least seven days prior to the scheduled sentencing date. By filing his objection and memorandum one day before the sentencing date, the defendant has clearly violated the Local Rule and thereby forfeited his right to advocate for a sentence below the guideline range. The Court should, therefore, not consider the arguments presented in the defendant's impermissibly late filings and, consistent with the applicable guideline range, sentence the defendant to a total period of incarceration of between 195 to 228 months.

**Conclusion**

For the reasons set forth above, the United States respectfully requests that this Honorable Court overrule the defendant's Objection to the Presentence Report, disregard the arguments presented in the defendant's Sentencing Memorandum and impose a sentence consistent with the applicable sentencing guideline range and/or the mandatory minimum sentence, whichever is greater.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2007, a copy of the within Government's Memorandum was served by way of the Electronic Case Filing system upon George West, Esquire, One Turks Head Place, Suite 312, Providence, RI 02903 (Georgew180@aol.com).

/s/ Stephen G. Dambruch
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov