**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

V. CR. No. 05-11S

ANTHONY LIPSCOMB

**MOTION TO CONTINUE SENTENCING**

Now comes Anthony Lipscomb, by and through his appointed counsel, and moves for a continuance of the sentencing in the within matter. Defendant moves at this time based on his understanding that certain continuances appear to have been granted in cases involving § 851 filings including the matter of United States v. Green. Defendant's matter similarly involves a §851 filing.

In this matter it is counsel's understanding the defendant was not offered a plea agreement or an opportunity to plead in avoidance of a potential filing of a § 851 sentence enhancement. Therefore it is therefore requested that this matter be continued until the 851 inquiry presently pending is resolved.

It is further requested that the defense in the instant matter have access to the information provided in response to the court's request in the event it would be appropriate for the defendant to join in any motion or memoranda that may be indicated based on that.

Defendant's counsel has made inquiry of the USAO of the time frame for the resonse to the Court's inquiry. Counsel was informed that there is presently pending a Motion for

reconsideration before the court filed by the Government in the matter wherein the inquiry had its origin. In light of that filing it appears that the Government is not in a position to estimate time until compliance. In the absence of an estimate as to time for the inquiry to be completed, Defendant requests the within matter be continued thirty (30) days to no or after March 1, 2007.

Anthony Lipscomb

By his attorney,
/S/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that on this 31st day of January 2007, I forwarded a copy of the within Motion to Mary Rogers, Esq., A.U.S.A. mary.rogers@usdoj.gov, Stephen G. Dambruch, Esq., stephen.dambruch@usdoj.gov paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov;kellyann.anderson@usdoj.gov U. S. Department of Justice, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 via the USDC's ECF system.

/S/George J. West