**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-11-S** |
| | : | |
| **ANTHONY LIPSCOMB** | : | |

**GOVERNMENT'S ASSENTED-TO MOTION TO SUPPLEMENT THE RECORD**

In a pending First Circuit appeal, Lipscomb contends that this Court erred in allegedly "failing to rule" on a pro se motion for substitute appointed counsel, which in reality was docketed long after the verdict as an attachment to a new trial motion. Following a February 27, 2006 hearing before Magistrate Judge Almond, this Court adopted his report and recommendation explaining (among other things) why the claim rests on a false premise.

The government has learned that the transcript of the February 27, 2006 hearing is not among the records transmitted to the First Circuit. Nor, apparently, is it present in the remaining district court files. Moreover, the court reporter has been unable to find her own copy. While it is possible that the reporter could create a new transcript from the audiotape of the hearing (if that tape can be located), the government proposes, and Lipscomb agrees, that there is an easier way of addressing the problem: the undersigned attorney's paralegal can simply deliver an original, signed version of the transcript to the Court for transmittal to the First Circuit, in accord with Fed. R. App. P. 10(e). See generally United States v. Muriel-Cruz, 412 F.3d 9, 12 & n.4 (1st Cir. 2005).

The government attaches a copy of this transcript for the Court's inspection. (Attachment A.)

For these reasons, the government asks the Court to accept the proposed resolution of the problem and to supplement the record by transmitting the transcript to the First Circuit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 6th day of March, 2008, I caused the within motion to be filed electronically and it is available for viewing and downloading from the ECF system. Electronic notification:

George J. West, Esquire
One Turks Head Place, Suite 312
Providence, Rhode Island 02903-2215.

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov