# United States Court of Appeals
## For the First Circuit

---

No. 07-1293

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY LIPSCOMB,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 21, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Lipsomb is affirmed, and the matter is remanded to the district court for the limited purpose of resentencing in light of Kimbrough v. United States, 128 S. Ct. 558 (2007).

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. William E. Smith, Mr. David DiMarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Dambruch, Ms. Rogers, Mr. West & Mr. Lockhart..