UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America

vs.

Anthony Lipscomb

CR. No. 05-11S

ORDER

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **June 25, 2009.**

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
U.S. District Judge

Date: 5/28/09