**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                      C.R. 05-11 S

ANTHONY LIPSCOMB,
    Defendant.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on October 11, 2012 (ECF #210) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant Lipscomb's objection to the Magistrate Judge's Report and Recommendation (ECF #211) is rejected and his Motion to Proceed *in forma pauperis* on Appeal (ECF #209) is hereby DENIED.

ENTER:

/s/ William E. Smith
_____
William E. Smith
United States District Judge

Date: 10/26/12